IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOCADIO MOJICA,

    Plaintiff,

v.                                                NO.: 14-cv-00406-JCH-SCY

FLOYD RAY PEAT and
CRYSTAL RIVER OIL & GAS, LLC,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Plaintiff, Locadio Mojica ("Plaintiff") and Defendants, Floyd Ray Peat and Crystal River Oil & Gas, LLC's ("Defendants") Motion to Dismiss with Prejudice, for an Order dismissing the Complaint, Amended Complaint and all causes of action stated therein or which could have been stated therein on the grounds that all matters in controversy by the Plaintiff against Defendants has been fully resolved; and the Court having read the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

1.     That it has jurisdiction over the parties and the subject matter of this suit;

2.     Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint, Amended Complaint and all causes of action stated therein or which could have been stated therein, filed by the Plaintiff, Plaintiff, Locadio Mojica against Defendants, Floyd Ray Peat and Crystal River Oil & Gas, LLC, be and hereby is dismissed, with prejudice, with each party to bear his/their own attorney's fees and costs.

    IT IS SO ORDERED.


*[signature]*
THE HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT COURT JUDGE

**SUBMTITED AND APPROVED BY:**

_/s/Jason Medina_____
Jason Medina
*Attorney for Plaintiff*


_/s/ Meena H. Allen_____
Meena H. Allen
*Attorney for Crystal River Oil & Gas, LLC*


_/s/Ron Childress_____
Ron Childress
*Attorney for Defendant Floyd Ray Peat*

2